# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3396 PA (RCx) | | Date | October 21, 2009 |
|---|---|---|---|---|
| Title | Jong Sook Kim v. Mega Capital Funding, Inc., et al. | | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

  Before the Court is a Motion to Dismiss filed by defendant Mega Capital Funding, Inc. ("Defendant").  (Docket No. 27).  Plaintiff Jong Sook Kim has not filed any opposition to this Motion, nor any notice of non-opposition.  Plaintiff's counsel is ordered to appear at the hearing for this Motion on October 26, 2009 at 1:30 p.m. to show cause as to why this case should not be dismissed, and why he should not be sanctioned for failure to file an opposition or notice of non-opposition.

  IT IS SO ORDERED.

                                             _____ : _____
                                       Initials of Preparer